

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00024-CV

**IN RE** Ernest Phillip **BARRETT**,
Attorney Hugo Xavier de los Santos, and Attorney Henry Ridgway

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed:  January 24, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On January 12, 2018, relators filed a petition for writ of mandamus and a motion for emergency stay. The real party in interest filed a response. The motion for emergency stay is denied. After considering the petition and response, this court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2017-CI-32662, styled *MEDFINMANAGER, LLC v. Ernest P. Barrett, et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.